June 13, 2013



**JUDGMENT**

# The Fourteenth Court of Appeals

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWALT, INC. ALTERNATIVE LOAN TRUST 2006-OA17, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA17 AND BAC HOME LOANS SERVICING, LP, Appellants

NO. 14-11-01113-CV                    V.

SONIAVOU BOOKS, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee Soniavou Books, LLC, signed, June 29, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion. We further order that all costs incurred by reason of this appeal be paid by appellee Soniavou Books, LLC. We further order this decision certified below for observance.